## VERDICTS.

[Hamilton Circuit Court.]

*EISLEIN v. PALMER.

VALIDITY OF VERDICT DIRECTED BY COURT.

> When the court directs the jury to return a verdict for defendant, and on the jury being polled one juror said the verdict was not his verdict, the verdict is invalid.

HEARD ON ERROR.

*Burch & Johnson; John S. Conner* and *Chas. J. Hunt*, attorneys.

The plaintiff sued for damages on account of the leaving of a piece of broken needle in her body by the defendant during a surgical operation. The trial judge directed a verdict for the defendant, but a demand was made that the jury be polled and one of them when thus inquired of stated that the verdict which had just been returned was not his verdict.

---

* For decision of the court of common pleas in this case, see 7 Dec. 365.

SWING, J. (Memorandum of decision.)

The verdict of the jury, which is to become the foundation of the judgment, must be the verdict of all the jury; and as the verdict in this case, notwithstanding the direction of the court was not the verdict of all the jury, it was not a valid verdict.

Furthermore, the reviewing court holds that there was evidence respecting the alleged negligence of the defendant, in not informing the plaintiff of the broken needle having been left in the incision, which should have gone to the jury.

Judgment reversed and cause remanded.